# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 168 MAL 2014
:
              Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
ERIC F. COLLIER, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.